UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

**SEALED  Case No. 6: 12-CR-13-GFVT  **SEALED     At: Lexington     Date: April 10, 2012

U.S.A. vs Mable Ashley Jenkins    _X_ present   _X_ custody    ___ bond    ___ OR    AGE: 19

DOCKET ENTRY: Defendant appeared with counsel for waiver of indictment and filing of Information and advised the Court that she wished to enter a guilty plea. The Clerk placed Defendant under oath, and the Court questioned Defendant regarding her competency. The Court finds Defendant competent under the appropriate legal standards.

United States Magistrate Judge Hanly Ingram previously appointed James Hibbard to represent Defendant pursuant to the CJA in 6:12-MJ-6021-HAI. Defendant requested counsel, and the Court reviewed Defendant's Financial Affidavit (DE #2, 6:12-MJ-6021-HAI). The Court, relying on that Affidavit, finds that Defendant qualifies for counsel and **APPOINTS** James Hibbard to represent Defendant pursuant to th eCJA.

The Court finds that Defendant executes the Waiver of Indictment and Consent to Plead Before U.S. Magistrate Judge knowingly, intelligently, and voluntarily, and that Defendant understands the consequences of both the Wavier and Consent. The Court also finds that Defendant's waiver of appeal and collateral attack as to the guilty plea, conviction, is knowing, intelligent, and voluntary, and Defendant understands the consequences of those waivers. Further, the Court finds Defendant to be fully competent and capable of entering an informed plea. The plea of guilty is a knowing, intelligent, and voluntary plea, which is supported by an independent basis in fact containing the essential elements of the offenses. Therefore, the Court **ACCEPTS** the plea and **ADJUDGES** Defendant **GUILTY** of Counts 1 and 2 of the Information. Proceedings held at the bench will remain **UNDER SEAL** in any transcript prepared due to the confidential nature of the discussion. Per District Judge Van Tatenhove's Order, all pleadings and documents, including the full transcript at this point, remain sealed pending further orders of the Court.

The United States advised that it continues to seek detention, and defense counsel advised that he does not request a detention hearing at this time. The Court advised the parties that, based on Defendant's plea, she is now subject to the mandatory detention provisions contained in 18 U.S.C. § 3143(a)(2). Both sides agreed. If Defendant feels that she may qualify for an exception under § 3145(c), she may, by counsel, file a motion, and the Court will promptly address the matter. The absence of proof under 3143(a)(2) thus requires continued detention at this point in the proceedings and pending sentencing.

PRESENT:
     HON. ROBERT E. WIER, UNITED STATES MAGISTRATE JUDGE

| Susan Adkins | Ann Banta | Hydee R. Hawkins |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft: James Hibbard    _X_ present    ___ retained    _X_ appointed

PROCEEDINGS:  WAIVER OF INDICTMENT, FILING OF INFORMATION, AND GUILTY PLEA

_X_    Waiver of Indictment filed in open court;    _X_ Information filed in open court

_X_    Defendant received copy of Information.

_X_    Defendant states true name is Mable Ashley Jenkins.

_X_    Court formally arraigned Defendant and advised her of her rights, pursuant to Rule 11, F.R.Cr.P.

___    Defendant waives reading of Information         _X_    Court read Information.

_X_    Defendant waives her right to a trial by jury.

_X_    Defendant pleads _X_ GUILTY to Count(s) 1 and 2 of the Information .    ___ Not guilty to count(s) ___

_X_    PLEA AGREEMENT and SEALED SUPPLEMENT to the Plea Agreement submitted to the Court . Both documents shall be tendered into the record, to be executed at the time of sentencing on consideration by Judge Van Tatenhove.

_X_    The transcript shall be deemed the written findings of the Court.

_X_    Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

_X_    Court remands Defendant to the custody of the United States Marshal pending further orders of the Court.

_X_    Court continues case until Wednesday, August 1, 2012, at 10:00 a.m., at LONDON, Kentucky for sentencing, pending any further orders of this Court.

Copies: COR, USP, USM

TIC: 1 hour 5 minutes

Signed By:
*Robert E. Wier* REW
United States Magistrate Judge