UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

APR 10 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:12-CR-13-GFVT

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                          **WAIVER OF INDICTMENT**

**MABLE ASHLEY JENKINS**                                          DEFENDANT

\* \* \* \* \*

I, **MABLE ASHLEY JENKINS**, being accused of one count of kidnaping in violation of 18 U.S.C. §1201(a)(1) and one count of committing an act of violence on another because of sexual orientation in violation of 18 U.S.C. § 249(a)(2) and being advised of the nature of these charges in the proposed information and of my rights, waive in open court on 4.10.2012 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Mable A. Jenkins_
Mable Ashley Jenkins
Defendant

_James Hibbard_
James Hibbard
Attorney for Defendant

Before: _____
JUDGE, UNITED STATES DISTRICT COURT