UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

OCT 0 1 2013

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NOS. 12-CR-13-GFVT
12-CR-14-GFVT

UNITED STATES OF AMERICA                                             PLAINTIFF

V.                       **AGREED ORDER FOR RESTITUTION**

MABLE ASHLEY JENKINS and
ALEXIS LEANN JENKINS                                                  DEFENDANTS

\* \* \* \* \* \* \*

The Court, having been informed that the United States and the above Defendants have agreed to an order pertaining to restitution; the United States and counsel for the Defendants having proposed the terms of such an agreed order, as evidenced by the electronic signatures of counsel for the Defendants and the United States; and the Court being sufficiently advised,

IT IS HEREBY ORDERED:

1. That by agreement of the parties, the Defendants shall pay restitution, jointly and severally with co-defendants David Jason Jenkins and Anthony Ray Jenkins, in the amount of $22,338.81 to victim Kevin Pennington. This restitution amount was detailed in an e-mail request sent by counsel for the United States to counsel for the Defendants on August 19, 2013 with documentation from the medical providers. Such amount includes

reimbursement for $7,513.81 in medical expenses and both past and future counseling in the amount of 14,825.00 ($6,700.00 as reimbursement for past counseling sessions and $8,125.00 for 5 years of future counseling every 28 days at $125.00 per session).

2. That counsel for the United States shall provide to the clerk's office the correct payee and address information for the victim.

IT IS FURTHER ORDERED:

That all payments shall be paid to the Clerk, U.S. District Court, Eastern District of

Kentucky, P.O. Box 5121, London, Kentucky 40745-5121, and shall include the case

docket numbers.

HAVE READ AND AGREED:

/s/Hydee R. Hawkins
Hydee R. Hawkins
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4881
hydee.hawkins@usdoj.gov

s/Angie Cha
Aejean (Angie) Cha
Trial Attorney, Civil Rights Division, DOJ
950 Pennsylvania Ave, NW – PHB
Washington, DC 20530
(202) 514-3204
aejean.cha@usdoj.gov

/s/ James Hibbard
James Hibbard
120 E. Second Street
London, KY 40741
(606) 864-8755
jhibbardatty@windstream.net
Counsel for Defendant Mable Ashley Jenkins


/s/ Robert Michael Murphy
Law Office of Robert Michael Murphy, PLLC
709 Millpond Rd.
Lexington, KY 40514
(859) 333-8422
murphylawoffice@gmail.com
Counsel for Defendant Alexis Leeann Jenkins

Dated this ___1st___ day of ~~September~~ October, 2013.

GREGORY F. VANTATENHOVE
UNITED STATES DISTRICT JUDGE


Distribution:
Assistant United States Attorney Hydee R. Hawkins
Trial Attorney, Civil Rights Division, Angie Cha
Robert Michael Murphy, Counsel for Defendant Alexis Ann Jenkins
James Hibbard, Counsel for Defendant Mable Ashley Jenkins
Robert Michael Murphy, Counsel for Defendant Alexis Ann Jenkins
United States Probation Department
United States Clerk's Office