PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
**FILED**
SEP 26 2019
AT LONDON
ROBERT R. CARR
CLERK U S DISTRICT COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mable Ashley Jenkins     Case Number: 6:12-CR-13-GFVT-01

Name of Sentencing Judicial Officer: Honorable Gregory F. Van Tatenhove, U.S. District Judge

Date of Original Sentence: June 19, 2013

Original Offense: 18 U.S.C. §§ 1201(a)(1) & 2: Aided and Abetted, Kidnapping and
18 U.S.C. §§ 249(a)(2) & 2: Aided and abetted, Willfully Causing Bodily Injury Because of Actual and Perceived Sexual Orientation

Original Sentence: 100 months imprisonment, to be followed by three years of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: September 16, 2019

Assistant U.S. Attorney: Hydee R. Hawkins     Defense Attorney: James Hibbard

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use of a Controlled Substance |
| 2 | Commission of a Crime |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

September 25, 2019
Page 2

RE: JENKINS, Mable Ashley
    Dkt. # 6:12-CR-13-GFVT-01
    **PROB 12C**

                I declare under penalty of perjury that the foregoing is true and correct.

                                    Executed on <u>September 25, 2019</u>

                                    *(signature)*

                                    Nick Jones
                                    Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

                                                           Signature of Judicial Officer
                                                Hanly A. Ingram, USMJ
                                      9/26/19
                                                                   Date