# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Mable Ashley Jenkins                                Case Number:    6:12-CR-13-GFVT-01

Name of Sentencing Judicial Officer:    Honorable Gregory F. Van Tatenhove, U.S. District Judge

Date of Original Sentence:          June 19, 2013

Original Offense:    18 U.S.C. §§ 1201(a)(1) & 2:  Aided and Abetted, Kidnapping and
                     18 U.S.C. §§ 249(a)(2) & 2:  Aided and abetted, Willfully Causing Bodily Injury Because of Actual and Perceived Sexual Orientation

Original Sentence:    100 months imprisonment, to be followed by three years of supervised release

Type of Supervision:   Supervised Release           Date Supervision Commenced:    September 16, 2019

Assistant U.S. Attorney:    Hydee R. Hawkins        Defense Attorney:    James Hibbard

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance
      1         Failure to Follow the Instructions of the Probation Officer

U.S. Probation Officer Recommendation:

☒  The term of supervision should be

   ☒  revoked.

   ☐  extended for _____ years, for a total term of _____ years.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

RE: JENKINS, Mable Ashley
    Dkt. # 6:12-CR-13-GFVT-01
    **PROB 12C**

Executed on <u>November 27, 2019</u>

Nick Jones
Senior U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

Signature of Judicial Officer
Hanly A. Ingram, USMJ

11/27/19
Date